No. 13, original. CALIFORNIA v. LATIMER ET AL. October 10, 1938. Motion to dismiss and answer of the de-

fendants received and ordered filed and the case assigned for argument on the bill of complaint and motion to dismiss.